UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PATRICK MAYFORD MILLIGAN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-CV-417-HBG |
| ANDREW M. SAUL,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

# FINAL JUDGMENT

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties [Doc. 16].

Accordingly, for the reasons stated in the Court's Memorandum Opinion, filed contemporaneously with the instant Judgment, the Court **DENIES** Plaintiff's Motion for Summary Judgment [**Doc. 17**] and **GRANTS** Defendant's Motion for Summary Judgment [**Doc. 19**]. There being no further issues, the Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge